IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ROBERT DAVID GILLESPIE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-128 |
| | ) | |
| MISS CRYSTIE JAMES, Head Nurse; | ) | |
| MISS SAINT, Nurse; LT. S. YOUNG; | ) | |
| SHERIFF CLAY WHITTLE; JOHN | ) | |
| DOE, C/O; CORRECT HEALTH; MRS. | ) | |
| MOSLEY, C/O; JANE/JOHN DOE, C/O; | ) | |
| MR. TONY HOWARD, II; DR. SMITH; and | ) | |
| PATROL OFFICER, Unknown John Doe, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendants James, Saint, Whittle, Patrol Officer John Doe ("Patrol Officer, Unknown John Doe"), Correct Health, Unknown Correctional Officer Jane/John Doe ("Jane/John Doe, C/O"), Howard, Smith, and Unknown Correctional Officer John Doe ("John Doe, C/O"), as well as Plaintiff's official capacity monetary damages claims against Defendants Young and Mosley, for failure to state a claim upon which relief may be granted.

The case shall proceed against Defendants Young and Mosley as described in the Magistrate Judge's December 5, 2022 Order. (Doc. no. 11.)

SO ORDERED this 3rd day of January, 2023, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA