AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ROBERT DAVID GILLESPIE, SR.,

Plaintiff,

v.

MISS CRYSTIE JAMES et al.,

Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV122-128

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court entered on April 5, 2024, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Therefore, Defendants Motion for Summary Judgment is granted and this civil action stands closed.



April 5, 2024
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020